**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00937-CV
_____

## MONYA BERRY, Appellant

## V.

## ALONZO MEJORADO, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1117774**

## O R D E R

Appellant's brief was due December 27, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 25, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM